UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                              X
THE NEW YORK TIMES COMPANY
                                              :
                Plaintiff,
                                              :
      - against -
                                              :
U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT
OF JUSTICE, FEDERAL BUREAU OF                 :
INVESTIGATION
                                              :
                Defendants.
                                              :
_____X


## STATEMENT PURSUANT TO FRCP RULE 7.1

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that one publicly held corporation, BlackRock, Inc., owns approximately 10% of its stock.

Dated:  New York, NY
         October 11, 2019

                                            Respectfully submitted,

                                            /s/ David E. McCraw
                                            David E. McCraw
                                            Dana R. Green
                                            Alexandra Perloff-Giles
                                            Legal Department
                                            The New York Times Company
                                            620 Eighth Avenue
                                            New York, NY 10018
                                            Phone: (212) 556-4031
                                            Fax: (212) 556-4634
                                            Email: mccrad@nytimes.com

                                            *Counsel for Plaintiffs*