UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X
THE NEW YORK TIMES COMPANY,            :

                Plaintiff,                  :

     - against -                             :    No. 19-cv-09420

U.S. DEPARTMENT OF STATE *et al.*,           :

               Defendants.                :
———————————————————————— X

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The New York Times Company hereby gives notice that Defendant Federal Bureau of Investigation is voluntarily dismissed.  Such dismissal shall be without prejudice.

Dated: New York, New York
       December 10, 2019

                                              /s/ David E. McCraw
                                              David E. McCraw
                                              Legal Department
                                              The New York Times Company
                                              620 8th Avenue
                                              New York, NY 10018
                                              Phone: (212) 556-4031
                                              Fax: (212) 556-4634
                                              E-mail: mccraw@nytimes.com

                                              *Counsel for Plaintiff*