

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 16, 2019

<u>By ECF</u>

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    *The New York Times Company v. U.S. Department of State*, et al.,
             19 Civ. 9420 (PAE)

Dear Judge Engelmayer:

    This Office represents defendants United States Department of State and United States Department of Justice ("Defendants") in the above-referenced matter, which was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  We write respectfully to request an extension, from December 30, 2019 to January 13, 2020, of Defendants' deadline to answer the complaint.  Because of long-scheduled holiday travel plans and the need to coordinate with multiple agency counsel, Defendants request an additional two weeks to prepare and file their responsive pleading.  This is Defendants' first request for an extension of the answer deadline, and counsel for plaintiff The New York Times Company consents to the requested extension.

    We thank the Court for its consideration of and attention to this matter.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney for the
                         Southern District of New York

                  By:  */s/ Andrew E. Krause*
                        ANDREW E. KRAUSE
                        LUCAS E. ISSACHAROFF
                        Assistant United States Attorneys
                        Telephone:  212-637-2769/2737
                        Facsimile: 212-637-2786
                        E-mail:  andrew.krause@usdoj.gov
                                lucas.issacharoff@usdoj.gov

cc:    All counsel of record via ECF