**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 16, 2019

By ECF

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The New York Times Company v. U.S. Department of State*, et al.,
              19 Civ. 9420 (PAE)

Dear Judge Engelmayer:

    This Office represents defendants United States Department of State and United States Department of Justice ("Defendants") in the above-referenced matter, which was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). We write respectfully to request an extension, from December 30, 2019 to January 13, 2020, of Defendants' deadline to answer the complaint. Because of long-scheduled holiday travel plans and the need to coordinate with multiple agency counsel, Defendants request an additional two weeks to prepare and file their responsive pleading. This is Defendants' first request for an extension of the answer deadline, and counsel for plaintiff The New York Times Company consents to the requested extension.

    We thank the Court for its consideration of and attention to this matter.

Granted.
SO ORDERED.

12/16/19

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: */s/ Andrew E. Krause*
     ANDREW E. KRAUSE
     LUCAS E. ISSACHAROFF
     Assistant United States Attorneys
     Telephone: 212-637-2769/2737
     Facsimile: 212-637-2786
     E-mail: andrew.krause@usdoj.gov
             lucas.issacharoff@usdoj.gov

cc:    All counsel of record via ECF