

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 30, 2020

<u>By ECF</u>

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

    Re:   *The New York Times Company v. U.S. Department of State et al.*, 19 Civ. 9420 (RWL)

Dear Judge Lehrburger:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Lucas Issacharoff, has entered an appearance on behalf of the defendants and will continue to handle the case.

    I thank the Court for its consideration of this submission.

                                           Respectfully submitted,

                                           AUDREY STRAUSS
                                           Acting United States Attorney for the
                                           Southern District of New York

                               By:  */s/ Andrew E. Krause*
                                          ANDREW E. KRAUSE
                                          Assistant United States Attorney
                                          Telephone:  212-637-2769
                                          Facsimile: 212-637-2786
                                          E-mail: andrew.krause@usdoj.gov

cc:    All counsel of record via ECF