**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 30, 2020

<u>By ECF</u>

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020
```

Re:   *The New York Times Company v. U.S. Department of State et al.*, 19 Civ. 9420 (RWL)

Dear Judge Lehrburger:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Lucas Issacharoff, has entered an appearance on behalf of the defendants and will continue to handle the case.

    I thank the Court for its consideration of this submission.

                             Respectfully submitted,

                             AUDREY STRAUSS
                             Acting United States Attorney for the
                             Southern District of New York

                   By: */s/ Andrew E. Krause*
                       ANDREW E. KRAUSE
                       Assistant United States Attorney
                       Telephone: 212-637-2769
                       Facsimile: 212-637-2786
                       E-mail: andrew.krause@usdoj.gov

cc:   All counsel of record via ECF

Mr. Krause's withdrawal is noted, and the Clerk is respectfully directed to terminate his appearance.

SO ORDERED:

9/30/2020   /s/ *signature*

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE