

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 4, 2021

**BY ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    *The New York Times Company v. U.S. Department of State et al.*, 19 Civ. 9420 (RWL)

Dear Judge Lehrburger:

    This Office represents the Department of State (the "State Department") and the Department of Justice (the "DOJ"), in the above-captioned Freedom of Information Act lawsuit. I write respectfully on behalf of all parties to provide a status update pursuant to the Court's January 5, 2021 Order, *see* Dkt. No. 52.

    Defendants have completed production of responsive, non-exempt records. The parties have been in discussion about certain redactions in those productions. The parties anticipate resolving these discussions without motion practice, but may require up to two weeks to do so. Accordingly, the parties respectfully request that no briefing scheduled be entered at this time and that the parties submit a stipulation of dismissal or another status letter no later than February 18, 2021.

    We thank the Court for its consideration of and attention to this matter.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney for the
                    Southern District of New York

          By: */s/ Lucas Issacharoff*
                    LUCAS E. ISSACHAROFF
                    Assistant United States Attorney
                    Telephone:  212-637-2737
                    Facsimile: 212-637-2786
                    E-mail: lucas.issacharoff@usdoj.gov